### DAVID WILLIAMS v. JAMES CANNON.

Court of Common Pleas. Sussex. April, 1801.

*Rodney's Notes.**

*D. Hall, Ridgely, Vining* [for plaintiff]. *Wilson, Bayard* [for defendant].

Question, whether a notice in writing was necessary to taking depositions under a rule by consent.

PER CURIAM. From the practice heretofore the Court will not exact it in this case it having been proved by parol, but in future we shall exact it in writing.

---

* This case is also reported in *Wilson's Red Book, 355.*